# INDEX OF EXHIBITS

| Exhibit No. | Description | Location in Docket |
|---|---|---|
| Exhibit A | Declaration of Lorri Mitchell | Doc. ___-2 |
|  | Exhibit A, Attachment 1: Public Information re: Mark Jordan | Doc. ___-3 |
|  | Exhibit A, Attachment 2: Disciplinary Hearing Officer Report | Doc. ___-4 |
| Exhibit B | Jordan v. Zych, Document 256 | Doc. ___-5 |
| Exhibit C | Jordan v. Bledsoe, Document 24 | Doc. ___-6 |
| Exhibit D | Jordan v. Bledsoe, Document 37 | Doc. ___-7 |
| Exhibit E | Jordan v. Bledsoe, Document 38 | Doc. ___-8 |
| Exhibit F | Jordan v. Matevousian, Document 36 | Doc. ___-9 |